Motion Picture Patents Company, appellee, v. Essanay Film Manufacturing Company and George K. Spoor, appellants.   Gen. No. 27,887.

Action upon an agreement to pay a share of the expenses of defending a suit against defendants and others.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. C. F. McKinley, Judge, presiding.  Heard in the Branch Appellate Court at the October term, 1922.  Affirmed.  Opinion filed January 2, 1923.

William A. Jennings, for appellants.  Foreman, Blumrosen, Steele & Schultz, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

L. Yuskevitz, appellee, v. Colonial Fire Underwriters of the National Fire Insurance Company of Hartford, Connecticut, appellant. Gen. No. 27,904.

Action upon a policy of automobile theft insurance.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding.  Heard in the Branch Appellate Court at the October term, 1922.  Affirmed.  Opinion filed January 2, 1923.

Burt A. Crowe, for appellant.  Morris G. Levinson, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

Mrs. Cordelia Mercer, appellee, v. National Accident Society of New York, appellant.  Gen. No. 27,912.

Action upon a sickness disability insurance policy.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding.  Heard in the Branch Appellate Court at the October term, 1922.  Affirmed on remittitur.  Opinion filed January 2, 1923.

Wood, Schapiro & Clute, for appellant.  William J. Latham, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

Jourdan Packing Company, appellant, v. Samuel Chapman, appellee. Gen. No. 27,921.

Action to recover for goods sold and delivered.  Judgment for defendant.  Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding.  Heard in the Branch Appellate Court at the October term, 1922.  Reversed and remanded. Opinion filed January 2, 1923.  Rehearing denied January 15, 1923.

A. F. W. Siebel, for appellant.  Berkman, Reagh & Severin, for appellee.

Mr. Justice Morrill delivered the opinion of the court.